UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GREAT AMERICAN INSURANCE COMPANY,

       Plaintiffs,      1:09-CV-04476 (DAB)

   - against -

AMERICAN INTERNATIONAL GROUP, INC.,

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF WITHDRAWAL

  Tracy E. Sivitz will be leaving Hafetz, Necheles & Rocco LLP as of October 22, 2010, and hereby withdraws her appearance as counsel for Christian M. Milton in the above-captioned matter. Mr. Milton continues to be represented by Frederick P. Hafetz of Hafetz, Necheles & Rocco LLP.

                 Respectfully submitted,

Dated: October 18, 2010     By: _____
                 Tracy E. Sivitz (TS3333)
                 Frederick P. Hafetz (FH1219)

                 HAFETZ & NECHELES
                 500 Fifth Avenue, 29th Floor
                 New York, NY 10110
                 Telephone: 212-997-7595
                 Facsimile: 212-997-7646
                 E-mail: fhafetz@hnrlawoffices.com

                 Attorneys for Christian M. Milton