AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Great American Insurance Company<br>*Plaintiff*<br>v.<br>American International Group, Inc. et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   1:09-cv-04476-DAB |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christian M. Milton

Date: 10/25/2010

*Attorney's signature*

Noah Shelanski, NS4800
*Printed name and bar number*

Hafetz Necheles & Rocco
500 5th Avenue, 29th Floor
New York, NY 10110
*Address*

nshelanski@hnrlawoffices.com
*E-mail address*

(212) 997-7595
*Telephone number*

(212) 997-7646
*FAX number*